Michael C. Cohen, Esq., Bar No. 65487
1814 Franklin Street, Suite 900
Oakland, CA 94612
Tel: (510) 832-6436
Fax: (510) 832-6439
Email: mcohen@cohenlegalfirm.com

Attorneys for Plaintiff
Xiao D. Chen

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAO D. CHEN<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN E. POTTER<br><br>    Defendant. | Case No.: C10-04920 PSG<br><br>[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

WHEREAS the plaintiff, Xiao D. Chen filed his complaint on October 29, 2010, and

WHEREAS the plaintiff, Xiao D. Chen effected service of process on the defendant John E. Potter on December 3, 2010, and

WHEREAS the defendant, John E. Potter, acting in an official capacity as an agent of the United States, pursuant to Fed. Rule 12(a) (2), has 60 days from the date of service upon him to file and serve and answer to the complaint, and

WHEREAS the defendant, John E. Potter has not filed and served an answer to plaintiff's complaint.

WHEREAS defendant John E. Potter has until February 1, 2011 to file and serve an answer to plaintiff's complaint, and

1       WHEREAS The Initial Case Management Conference is currently scheduled for January 4,
2  2011.
3       Good Cause appearing therefore,
4  **IT IS HEREBY ORDERED**:
5  1. The Initial Case Management Conference date currently set for January 4, 2011 at 2:00 pm, shall be
6  continued and set for hearing on Feb. 22, 2011, at 2:00 pm. ;
7  2. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and
8  discovery plan is: Feb. 8, 2011;
9  3. The last day to file ADR Certification signed by parties and counsel is Feb 8, 2011;
10 4. The last day to file either Stipulation to ADR process or Notice of Need for ADR Phone Conference
11 is: Feb. 8, 2011;
12 5. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in 26(f) Report
13 and file Joint Case Management Conference Statement is: Feb. 15, 2011

Dated: January 3, 2011

*Paul S. Grewal* (signature)
Magistrate Judge Paul S. Grewal
United States District Court